**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

RICHARD MANSFIELD                                                    PETITIONER
*REG # 18959-042*

V.                              Case No. 2:22-cv-00147-JM-JTK

JOHN P. YATES, Warden                                              RESPONDENT
FCI Forrest City Low

<u>**ORDER**</u>

Pending before the Court is Petitioner Richard Mansfield's Motion to Withdraw his Petition for Writ of Habeas Corpus. (Doc. No. 16) Mr. Mansfield's Motion states that he was released from the Federal Correctional Institution Low Unit in Forrest City, Arkansas, on October 26, 2022. He is currently residing at a halfway house until his release date. Therefore, he no longer has reason to pursue his Petition, and his Motion is GRANTED. Likewise, his Petition is dismissed as moot.

IT IS SO ORDERED this 2nd day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE